IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: **JURY TRIAL** - DAY 7

USA vs   PETER BOLOS

Date:    11/09/21

Case No.   CR-2-18-140

Time   9:04 a.m.   To      12:10 p.m.
Time   1:25 p.m.   To       5:20 p.m.

===================================================================

Honorable J. RONNIE GREER, U. S. District Judge, Presiding

 Kathy Hopson          Karen Bradley        Harker/Gunn/Heavener
Deputy Clerk          Court Reporter          Asst. U.S. Attorney
===================================================================
     DEFENDANT(S)                        ATTORNEY FOR DEFENDANT

  Peter Bolos                     M. Schamel/A. Jara/D. Bosch/A. Short


Jurors Present 16


Introduction of evidence for Government - Resumed



**Jury trial is continued until November 10, 2021 @ 9:00 a.m.**