UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18-CR-00140-2-JRG-CRW |
| | ) | |
| PETER BOLOS | ) | |

## **ORDER**

On July 18, 2025, the Court denied Defendant's motion to amend the Presentence Investigation Report ("PSR"). [*See* Def.'s Mot., Doc. 1045; Order, Doc. 1046]. Several days later, the Court received what appears to be a copy of the same motion to amend the PSR that Defendant previously submitted. [Doc. 1050]. Because the Court has already ruled on Defendant's request, the recently filed motion to amend [Doc. 1050] is **DENIED** as duplicative.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
